EXHIBIT 2

 Lili Ma <lili19871102@gmail.com>

## 巴国演义
5 messages

---

墨趣无穷 <zhang-sp02@qq.com>  Mon, Jun 8, 2015 at 12:26 AM
To: lili19871102 <lili19871102@gmail.com>

马莉莉你好，我是张书朋，这是写好的招牌，我自己用ps处理过了。如果有不满意的地方尽管说：）

---

**Lili Ma** <lili19871102@gmail.com>  Fri, Jun 12, 2015 at 4:02 PM
To: 墨趣无穷 <zhang-sp02@qq.com>

你好，实在不好意思，最近太忙没有查邮件，但是邮件里没有附件哎

[Quoted text hidden]

---

墨趣无穷 <zhang-sp02@qq.com>  Fri, Jun 12, 2015 at 8:17 PM
To: lili19871102 <lili19871102@gmail.com>

呃估计出什么bug了，看看这次有了没？

------------------ 原始邮件 ------------------
**发件人：** "lili19871102";<lili19871102@gmail.com>;
**发送时间：** 2015年6月13日(星期六) 凌晨5:02
**收件人：** "墨趣无穷"<zhang-sp02@qq.com>;
**主题：** Re: 巴国演义

你好，实在不好意思，最近太忙没有查邮件，但是邮件里没有附件哎

2015-06-08 1:26 GMT-04:00 墨趣无穷 <zhang-sp02@qq.com>:
> 马莉莉你好，我是张书朋，这是写好的招牌，我自己用ps处理过了。如果有不满意的地方尽管说：）

 招牌.JPG
254K

---

**Lili Ma** <lili19871102@gmail.com>  Sat, Jun 13, 2015 at 10:00 AM
To: 墨趣无穷 <zhang-sp02@qq.com>

啊 有了 谢谢哈 幸苦
[Quoted text hidden]

---

**Lili Ma** <lili19871102@gmail.com>  Thu, Sep 3, 2015 at 1:50 PM
To: KeyConcept Design <Keyconceptdesign@gmail.com>

[Quoted text hidden]



招牌**.JPG**
254K