EXHIBIT 3





# BRAND
# IDENTITY
# & FACADE



# LOGO
# NEW
# BRAND
# ICON









## SZECHUAN BASIN



## PEPPERCORN
## CULTIVATION





## SZECHUAN CUISINE





**Lili Ma <lili19871102@gmail.com>**

---

# Peppercorn branding first draft

2 messages

---

**KeyConcept Design** <keyconceptdesign@gmail.com>                    Wed, Sep 16, 2015 at 6:01 PM
To: lili19871102@gmail.com

Hi Lily,

Attached is our first round draft for peppercorn branding.

Thank you
Echo
--
KEYCONCEPT
1029 W. 35th St.
Chicago, IL 60609
(773)847-2888

---


**PEPPERCORN Branding_1.pdf**
4831K

---

**Lili Ma** <lili19871102@gmail.com>                    Wed, Sep 16, 2015 at 6:26 PM
To: luonant2@gmail.com

[Quoted text hidden]

---


**PEPPERCORN Branding_1.pdf**
4831K

**Keyconcept Design**

US
(773)847-2888
keyconceptdesign@gmail.com
www.keyconceptdesign.com

BILL TO
Lily Judy Boiling INC.

INVOICE # 1030
DATE 08/25/2015
DUE DATE 09/24/2015
TERMS  Net 30

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Logo Design**<br>Customized Logo for Branding / Presentation | 08/25/2015 | 1 | 600.00 | 600.00 |
| **Website Design**<br>Customized 5 Pages Commercial Websites | 08/25/2015 | 1 | 800.00 | 800.00 |
| **Business Card** | 08/25/2015 | 1 | 200.00 | 200.00 |
| **Marketing/ promo prints** | 08/25/2015 | 1 | 900.00 | 900.00 |
| **Photography**<br>Professional Photography with editing | 08/25/2015 | 1 | 1,000.00 | 1,000.00 |
| **Menu and to go menu** | 08/25/2015 | 1 | 500.00 | 500.00 |
| **Deposit**<br>30% of $4,000 | 08/25/2015 | 1 | 0.00 | 0.00 |

BALANCE DUE                    $4,000.00