EXHIBIT 4



Peppercorns Kitchen added 2 new photos to the album: gallery.

September 17, 2015



gallery
3 Photos