EXHIBIT 5



http://www.peppercornskitchen.com/ — Go — DEC JAN MAR — 28 — 2015 2016 2017
22 captures
28 Jan 2016 – 25 Sep 2017 — About this capture



# PEPPERCORNS KITCHEN

In **2011**, **UNESCO** declared the capital city of **Szechuan** to be **a city of gastronomy** in order to recognize the sophistication of its cooking.



**G** **E O L O G Y** 盆地

### SZECHUAN BASIN

The Sichuan Basin (Chinese: 四川盆地), or Szechwan Basin, is a lowland region in southwestern China.the Sichuan basin also constitutes a cultural sphere that is distinguished by its own unique customs, cuisine, and dialect. It is also called the "Red Basin." The **humid** subtropical climate and concentrated rainfall in summer time has made **pepper** an **essential ingredient** in local cusine.

We're sorry, this content

peppercorn

Case: 1:18-cv-03632 Document #: 1-5 Filed: 05/23/18 Page 3 of 3 PageID #:34    https://web.archive.org/web/20160128164034/http://www.pepper...



We're
sorry, this
content