EXHIBIT 6

**peppercornskitchen** • Follow

**peppercornskitchen** Coming soon this month #evanston #chinesefood #chicagofood #chicagoresaurant

**loveemilyd** You have the best stuff!

  

**17 likes**

JANUARY 7, 2016

Add a comment...