EXHIBIT 7















Case: 1:18-cv-03632 Document #: 1-7 Filed: 05/23/18 Page 9 of 9 PageID #:45

