# EXHIBIT 8



| | City of Evanston | Health Department |
|---|---|---|
| | 2100 Ridge Avenue | (847) 448-4311 |
| | Evanston, IL  60201-2798 | |

**INVOICE**

**Bill To:**

Peppercorns Kitchen
620 Davis St
Evanston, IL 60201

| License #: | 15FOOD-0020 |
|---|---|
| Group: | Health |
| Type: | Food Establishment |
| Subtype: | NA |

**Establishment**                                **Business Owne**    THE BOILING POINT INC

| Inv. Dat | Inv. Num | Fee Description | Quantity | Fee Amount | Paid | Due |
|---|---|---|---|---|---|---|
| 1/12/16 | 112179 | Category 1 < 5000 sq ft | 1.00 | $617.00 | $0.00 | $617.00 |

**Balance Due: $617.00**

To pay online go to:  http://www.cityofevanston.org/payhealthdept

**To ensure proper credit, remit this portion of the invoice with your payment.**
**Make checks payable to: City of Evanston**

**Amount Due:** $617.00

**Mail Payment To:**

**Reference No.:** 15FOOD-0020
**Property Address:** 620 DAVIS ST
**Property Owner:**

City of Evanston
Attn: Health Department
2100 Ridge Avenue
Evanston, IL  60201