EXHIBIT 9

![make it better](Http://Makeitbetter.net) 



## New in Town: Peppercorns Kitchen in Evanston

MARCH 3, 2016 | BY JULIE CHERNOFF (HTTP://MAKEITBETTER.NET/AUTHOR/JCHERNOFF/) |
PRINT (HTTP://MAKEITBETTER.NET/DINING/EAT/NEW-IN-TOWN-PEPPERCORNS-KITCHEN-IN-EVANSTON/PRINT/)



Peppercorns Kitchen Crab (Photo courtesy of Peppercorns Kitchen.)

Named for the famed Sichuan spice sprinkled liberally through its extensive menu, Peppercorns Kitchen (http://www.peppercornskitchen.com/) is a modern, chef-driven Chinese restaurant located in the heart of Evanston's bustling downtown. Yes, you'll find many standard favorites, like Orange Chicken and Mongolian Beef, but you'll also discover inventive regional delights such as Xinjiang-Style Sautéed Lamb, Dungeness Crab with Salted Yolk & Crispy Rice, and Leaf Mustard & Millet Soup served in a stone pot. The setting is contemporary and has already gathered a following of NU students and faculty, giving nearby Joy Yee's a run for its money. Yet another Evanston restaurant to add to the mix!

Peppercorns Kitchen (http://www.peppercornskitchen.com/)

(Http://Makeitbetter.net)

620 Davis St.
Evanston
450-312-7624

More from Make It Better:

* Ballaro in Highwood: Updated Italian Food (http://makeitbetter.net/dining/ballaro-highwood-updated-italian-food/)
* Simple Slow-Cooked Supper: Falling-Off-the-Bone Short Ribs (http://makeitbetter.net/dining/simple-slow-cooked-supper-falling-off-the-bone-short-ribs/)
* New in Town: Down Home Food and Fun at Joe's Live/Bub City in Rosemont (http://makeitbetter.net/dining/new-in-town-down-home-food-and-fun-at-joes-livebub-city-in-rosemont/)

 (http://www.facebook.com/sharer/sharer.php?u=http%3A%2F%2Fmakeitbetter.net%2Fdining%2Feat%in-town-peppercorns-kitchen-in-evanston%2F)

 (http://twitter.com/share?text=New in Town: Peppercorns Evanston&url=http%3A%2F%2Fmakeitbetter.net%2Fdin in-town-peppercorns-kitchen-in-evanston%2F)



 (https://plusone.google.com/_/+1/confirm?hl=en&url=http%3A%2F%2Fmakeitbetter.net%2Fdining in-town-peppercorns-kitchen-in-evanston%2F)



0 Comments

Sort by  Newest



Add a comment...

Facebook Comments Plugin



Get the Scoop on What's Happening Around Chicago

Email Address

Sign me up!

 (Http://Makeitbetter.net)







# make it better (Http://Makeitbetter.net)



(http://makeitbetter.net/entertainment/5-things-to-do-around-chicago-april-27-29/) (http://makeitbetter.net/entertainment/5-things-to-do-around-chicago-april-27-29/)

5 Things to Do: April 27-29
By Anna Carlson

make it better (Http://Makeitbetter.net)



(http://makeitbetter.net/dining/new-favorite-brunch-spots-around-chicago/) (http://makeitbetter.net/dining/new-favorite-brunch-spots-around-chicago/)

13 New Favorite Brunch Spots Around Chicago

By Julie Chernoff



(http://makeitbetter.net/dining/crowd-pleasing-graduation-party-recipes-guests-ages/) (http://makeitbetter.net/dining/crowd-pleasing-graduation-party-recipes-guests-ages/)

8 Crowd-Pleasing Graduation Party Recipes for Guests of All Ages

By Maddie LaKind

(Http://Makeitbetter.net)



5 Things to Do: April 20-22

By Anna Carlson

(http://makeitbetter.net/entertainment/things-to-do-earth-day-weekend/) (http://makeitbetter.net/entertainment/things-to-do-earth-day-weekend/)



7 Delicious Instant Pot Recipes You Need to Try

By Maddie LaKind

(http://makeitbetter.net/dining/delicious-instant-pot-recipes-need-try/) (http://makeitbetter.net/dining/delicious-instant-pot-recipes-need-try/)

make it better (Http://Makeitbetter.net) ☰



5 Things to Do: April 13-15 (http://makeitbetter.net/entertainment/things-to-do-around-chicago-april-13-15/) (http://makeitbetter.net/entertainment/things-to-do-around-chicago-april-13-15/)
- By Anna Carlson



7 Bay Area Restaurants Serving Up Delicious Sustainable Seafood (http://makeitbetter.net/dining/dining-sf-bay-area/restaurants-serving-up-delicious-sustainable-seafood/) (http://makeitbetter.net/dining/dining-sf-bay-area/restaurants-serving-up-delicious-sustainable-seafood/)
- By Donna Berry Glass

(Http://Makeitbetter.net)

 (http://makeitbetter.net/better-you/ways-to-change-relationship-with-food-dieting/) (http://makeitbetter.net/better-you/ways-to-change-relationship-with-food-dieting/)

6 Ways to Change Your Relationship With Food and Dieting for Good

By Lindsay Roseman

 (http://makeitbetter.net/entertainment/things-to-do-around-chicago-april-6-8/) (http://makeitbetter.net/entertainment/things-to-do-around-chicago-april-6-8/)

5 Things to Do: April 6-8

By Anna Carlson

make it better (Http://Makeitbetter.net)



 (https://www.facebook.com/makeitbetter.net)
 (https://twitter.com/makeitbetterNS)
 (http://pinterest.com/makeitbettermag/)
 (https://plus.google.com/+makeitbetter/posts)   ()
 (http://instagram.com/makeitbetterns)   ()

Subscribe to Email Newsletter     (http://makeitbetter.net/subscribe/)
Subscribe to Magazine     (http://makeitbetter.net/?page_id=1052)
Subscribe to RSS Feeds     (http://makeitbetter.net/?page_id=1200)

### Make It Better Media

About Us (Http://Makeitbetter.net/About-Us/)
Editorial Policy (Http://Makeitbetter.net/Editorial-Policy/)
Meet Our Staff (Http://Makeitbetter.net/Meet-Our-Staff/)
Mission (Http://Makeitbetter.net/Values-Mission-Vision/)
Event Sponsorship (Http://Makeitbetter.net/Media-Sponsorship/)

### Magazine & More

Current Issue (Http://Makeitbetter.net/?Page_Id=1115)
Past Issues (Http://Makeitbetter.net/?Page_Id=1115)
Subscribe (Http://Makeitbetter.net/?Page_Id=1052)
Make It Better Magazine (Http://Makeitbetter.net/Paid-Magazine-Subscription/)
Better Letter Emailer (Http://Makeitbetter.net/Subscribe/)
Marin Magazine (Http://Digital.marinmagazine.com/Marinmagazine/February
Spaces (Http://Digital.marinmagazine.com/Marinmagazine/Spaces_
Marin Better Letter (Https://Marinmagazine.com/The-Magazine/Newsletters/)

### Make It Better Foundation

Values, Mission, Vision (Http://Makeitbetter.net/Foundation/Values-Mission-Vision/)

### Advertise With Us

Media Kit (Https://Www.dropbox.com/S/Oxbdhoq164ddvdd/Media%2
Dl=0)
Testimonials (Http://Makeitbetter.net/Testimonials/)



Philanthropy Awards (Http://Makeitbetter.net/Foundation/Nominate-A-Non-Profit/)

(Http://Makeitbetter.net)

Terms And Conditions

Terms (Http://Makeitbetter.net/Terms/)
Privacy Statement (Http://Makeitbetter.net/Privacy-Statement/)

Contact Us

Send Us Your Events (Https://Growfromwithin.wufoo.com/Forms/M7ur76o1kpxot6/)
Send Us Your News (Http://Makeitbetter.net/Send-Us-Your-News/)
Send Us Your Thoughts (Http://Makeitbetter.net/Contact/)

Connecting you to the best resources in your community - online, in print and in person.

© Copyright 2009-2018 All Rights Reserved, Make It Better LLC

# Eat & Drink

Back to Eat & Drink (eat-drink)

## Peppercorns Kitchen

Visit Website (http://www.peppercornskitchen.com/)



Peppercorn's Kitchen is a chef-driven contemporary Chinese restaurant located at Evanston, Il. Our mission is to deliver a brand-new culinary experience mixing authentic Szechuan cuisine and creative American-Chinese fusion.

Our restaurant's name is derived from the most essential spice in Szechuan Cuisine: peppercorn. It has a intensely fragrant, citrus-like flavor, a slight lemony overtone and creates a tingly numbness in the mouth. To perfect the traditional Szechuan flavor, many of our spices like peppercorn and preserved ingredients are imported directly from Szechuan.

Peppercorn's menu features a variety of authentic Szechuan cuisine prepared with over 20 kinds of techniques like stir-frying, steaming, braising, panfrying, searing and roasting. Together with our food, drinks and interior space, we want to present an inspiring contemporary Chinese culinary experience to every guest.

(http://www.yelp.com/biz/peppercorns-kitchen-evanston) 
(https://www.facebook.com/peppercornevanston/)  (https://twitter.com/peppercornsk?lang=en)
 (https://www.instagram.com/peppercornskitchen)

Address

620 Davis St

Directions (https://maps.google.com?q=620 Davis St,)

Hours

- Friday to Saturday 11:00am-10:30pm
- Sunday to Thursday 11:00am-9:30pm

Phone

847-563-8461

Email

baguoyanyi@gmail.com (mailto:baguoyanyi@gmail.com)
Eat & Drink (/eat-drink)
Shop (/shop)
Be Entertained (/be-entertained)
Stay (/stay)
Get Healthy (/get-healthy)
Spa & Salon (/spa-salon)
Service (/service)

| Home (/) | Visit | Live (/living-here) | Business | About |
|---|---|---|---|---|
| | Eat & Drink (eat-drink)Shop (shop)Be Entertained (be-entertained)Stay (stay)Get Healthy (get-healthy)Spa & Salon (spa-salon)Service (service)Upcoming Events (upcoming-events)Annual Events (annual-events)Weddings (weddings)Arts & Culture (arts-culture)Parks & Recreation (parks-recreation)Parking (parking)Getting Here (getting-here) | | Doing Business Here (/doing-business-here)Commercial Space (/commercial-space)New Business Submission (/new-business-submission)Business Resources (/business-resources) | About Us (/about-us)Gift Card (/gift-card)Our Staff (/our-staff)Media (/media)Board of Directors (/board-of-directors)Board Meeting Minutes (/board-meeting-minutes)Contact Us (/contact-us) |

© Copyright 2018 Downtown Evanston · All rights reserved