EXHIBIT 10



