EXHIBIT 11

# STOCK PURCHASE AGREEMENT

This agreement entered into this 27 day of June,2016 by and between Nan Luo, and Fang Xiang do hereby agree as follows.

1]. That Nan Luo is the owner of 500 shares of the Illinois Corporation THE BOILING POINT INC., and that said shares are held individually and are unencumbered and free of liens of any kind.

2]. That Nan Luo wishes to sell said shares to Fang Xiang, and that Fang Xiang an individual wishes to purchase said shares with good clean cleared funds of United States Dollars, in the sun of ONE HUNDRED THREE THOUSAND SIX HUNDRED AND SEVENTY FIVE DOLLARS. (103675).

3]. That the sum referred to above shall be paid upon the execution of this agreement and that NanLuo herby acknowledges receipt of said purchase price.

4] That Nan Luo Shall endorse and sign the stock certificate for the 500 shares of common stock and return said shares to the Secretary of THE BOILING POINT INC. so that the shares may thereafter be cancelled and reissued to Fang Xiang. And that Nan Luo shall tender her resignation as a Corporate officer of The Boiling Point Inc.

5]. That each party hereto represents to the other that this is a free and voluntary act and that each shall hold the other harmless and indemnify them for any claim or demand arising from this sale and purchase.

_____
Nan Luo

_____
Fang Xiang