EXHIBIT 12

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 87796001
Filing Date: 02/13/2018

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\877\960\87796001\xml1\FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | PEPPERCORNS KITCHEN |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of PEPPERCORNS KITCHEN, four Chinese characters, and a small round designed logo on the upper left corner. The center of the mark shows PEPPERCORNS KITCHEN arranged horizontally, and the four Chinese characters are written vertically from top to bottom, with the horizontally written PEPPERCORNS KITCHEN in between the second and the third Chinese characters. The logo on the upper left corner consists of a smaller circle within a bigger circle. The smaller inner circle contains two strings of peppercorns hanging from the top, and PEPPERCORNS KITCHEN and the four Chinese characters are in the space between the outer circle and the inner circle. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 312 x 600 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | FANYUAN INVESTMENT MANAGEMENT LLC |
| *STREET | 3312 S HALSTED ST |
| *CITY | Chicago |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |

| | |
|---|---|
| *ZIP/POSTAL CODE<br>(Required for U.S. applicants) | 60608 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Illinois |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Food preparation services; Restaurant; Restaurant services; Restaurant services, including sit-down service of food and take-out restaurant services |
| *FILING BASIS | SECTION 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 02/00/2016 |
|     FIRST USE IN COMMERCE DATE | At least as early as 02/00/2016 |
|     SPECIMEN FILE NAME(S) | |
|     ORIGINAL PDF FILE | SPE0-135841672-20180207155733062644_._Peppercorns_Kitchen.pdf |
|     CONVERTED PDF FILE(S)<br>(3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\877\960\87796001\xml1\FTK0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\877\960\87796001\xml1\FTK0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\877\960\87796001\xml1\FTK0005.JPG |
|     SPECIMEN DESCRIPTION | a menu of the PEPPERCORNS KITCHEN |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | The non-Latin characters in the mark transliterate to BA GUO YAN YI and this means romance of the Sichuan Kingdom in English. |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Yanling Jiang |
| FIRM NAME | JiangIP LLC |
| STREET | 233 South Wacker Drive, 84th Floor |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60606 |
| PHONE | 312-283-8091 |
| EMAIL ADDRESS | yanling@jiangip.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| CORRESPONDENCE INFORMATION | |
|---|---|
| *NAME | Yanling Jiang |
| FIRM NAME | JiangIP LLC |
| *STREET | 233 South Wacker Drive, 84th Floor |
| *CITY | Chicago |
| *STATE (Required for U.S. addresses) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 60606 |
| PHONE | 312-283-8091 |
| *EMAIL ADDRESS | yanling@jiangip.com;sophietrademarks@gmail.com; 929881500@qq.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /yanling jiang/ |
| * SIGNATORY'S NAME | yanling jiang |
| * SIGNATORY'S POSITION | attorney of record, IL bar member |
| SIGNATORY'S PHONE NUMBER | 312-283-8091 |
| * DATE SIGNED | 02/13/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 87796001
Filing Date: 02/13/2018

## To the Commissioner for Trademarks:

**MARK:** PEPPERCORNS KITCHEN (stylized and/or with design, see mark)

The mark in your application is PEPPERCORNS KITCHEN.
The applicant is not claiming color as a feature of the mark. The mark consists of PEPPERCORNS KITCHEN, four Chinese characters, and a small round designed logo on the upper left corner. The center of the mark shows PEPPERCORNS KITCHEN arranged horizontally, and the four Chinese characters are written vertically from top to bottom, with the horizontally written PEPPERCORNS KITCHEN in between the second and the third Chinese characters. The logo on the upper left corner consists of a smaller circle within a bigger circle. The smaller inner circle contains two strings of peppercorns hanging from the top, and PEPPERCORNS KITCHEN and the four Chinese characters are in the space between the outer circle and the inner circle.
The applicant, FANYUAN INVESTMENT MANAGEMENT LLC, a limited liability company legally organized under the laws of Illinois, having an address of
    3312 S HALSTED ST
    Chicago, Illinois 60608
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 043: Food preparation services; Restaurant; Restaurant services; Restaurant services, including sit-down service of food and take-out restaurant services

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/00/2016, and first used in commerce at least as early as 02/00/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) a menu of the PEPPERCORNS KITCHEN.

**Original PDF file:**
SPE0-135841672-20180207155733062644_._Peppercorns_Kitchen.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3


**Transliterations**
The non-Latin characters in the mark transliterate to BA GUO YAN YI and this means romance of the Sichuan Kingdom in English.


The applicant's current Attorney Information:
    Yanling Jiang of JiangIP LLC    233 South Wacker Drive, 84th Floor

Chicago, Illinois 60606
United States
312-283-8091(phone)
yanling@jiangip.com (authorized)

The applicant's current Correspondence Information:

   Yanling Jiang

   JiangIP LLC

   233 South Wacker Drive, 84th Floor

   Chicago, Illinois 60606

   312-283-8091(phone)

   yanling@jiangip.com;sophietrademarks@gmail.com; 929881500@qq.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /yanling jiang/    Date: 02/13/2018
Signatory's Name: yanling jiang
Signatory's Position: attorney of record, IL bar member
Signatory's Phone Number: 312-283-8091
Payment Sale Number: 87796001
Payment Accounting Date: 02/14/2018

Serial Number: 87796001

Internet Transmission Date: Tue Feb 13 15:15:03 EST 2018
TEAS Stamp: USPTO/FTK-XXX.XX.XXX.X-20180213151503860
974-87796001-510472843f85b24b61574e95f17
2668a67931f86c33e43ce215c86ed24a345e351-
CC-1562-20180213145808582846








# PEPPERCORNS KITCHEN

www.peppercornskitchenmenu.com

DINE IN | CARRY OUT | HOT POT

Open Hours
Sun - Thur: 11:00am - 9:30pm
Fri - Sat: 11:00am - 10:30pm

765.250.3416
360 E. State St., Suite B,
West Lafayette, IN 47906

Order Online: At Ricepo & Hungryboiler For Delivery



## PORK 豬頭

| # | Item | | Price |
|---|---|---|---|
| 113 | Moo Shu Pork (Choice of Chicken, mixed Vegetable) | 木須肉 (可換雞、蔬菜) | 14.95 |
| 127 | Stir Fried Dry Aged Pork ● | 川味炒臘肉 | 13.95 |
| 128 | Double-cooked Pork ●● | 蒜苗回鍋肉 | 13.95 |
| 129 | Shredded Pork w/ Garlic Sauce ●● | 魚香肉絲 | 12.95 |
| 130 | Sautéed Shredded Pork | 京醬肉絲 | 12.95 |
| 131 | Chef's Special Stir Fried Pork ●● | 外婆小炒 | 12.95 |
| 132 | Shredded Pork w/ Extra Firm Tofu | 香幹肉絲 | 12.95 |
| 133 | Stir Fried Pork Kidney ● | 火爆腰花 | 14.95 |
| 134 | Pork Intestine, Blood and OX Maw in Chili Pepper Soup ●● | 毛血旺 | 15.95 |
| 135 | Pork Intestine & Blood in Chili Soup ●● | 五更腸旺 | 13.95 |
| 136 | Steamed Pork Belly w/ Dry Vegetable | 梅菜扣肉 | 13.95 |
| 137 | Mushroom Pork | 蘑菇炒肉 | 12.95 |
| 139 | Clear Noodle w/ Ground Pork ● | 肉末粉條 | 12.95 |
| 140 | Braised Pig Feet ●● | 口味豬手 | 12.95 |
| 141 | Sautéed Pork Intestine ●● | 幹煸肥腸 | 13.95 |

## VEGETABLE 蔬菜

| # | Item | | Price |
|---|---|---|---|
| 161 | Mapa Tofu w/ Ground Pork ●● | 麻婆豆腐 | 11.95 |
| 162 | Salted Crispy Tofu ● | 鹽酥豆腐 | 11.95 |
| 163 | Stir Fried Tofu w/ Sliced Pork | 家常豆腐 | 11.95 |
| 164 | Eggplant Tofu | 茄子豆腐 | 11.95 |
| 165 | Luffa Tofu | 絲瓜豆腐 | 12.95 |
| 166 | Sauteed String Beans ● | 幹煸四季豆 | 11.95 |
| 167 | Eggplant w/ Garlic Sauce | 魚香茄子 | 11.95 |
| 169 | Pickled String Beans w/ Ground Pork ● | 肉末泡豇豆 | 12.95 |
| 172 | Napa Cabbage w/ Dry Shrimp | 金鉤娃娃菜 | 13.95 |
| 174 | Sliced Potato (Vinegar, Sauteed or Green Pepper) | 土豆絲 (醋溜、熗炒、青椒) | 11.95 |
| 175 | Chinese Broccoli (Garlic or Oyster Sauce) | 唐芥蘭 (蒜炒、耗油) | 12.95 |
| 176 | Stir Fried Mixed Vegetable | 清炒素什錦 | 10.95 |
| 177 | Bok Choy (with/ without Garlic) | 青江菜 (蒜炒、清炒) | 10.95 |
| 178 | Sautéed Cabbage ● | 熗炒包菜 | 10.95 |
| 181 | Bok Choy w/ Shiitake | 香菇扒青江菜 | 12.95 |
| 182 | Seasonal Vegetable | 時令蔬菜 | 12.95 |
| 308 | Hunan Mix Vegetables | 湖南素燴 | 12.95 |
| 309 | Mix Vegetables with Beancurd | 時菜豆腐 | 12.95 |
| 310 | Mix Vegetables in Brown Sauce | 左宗時菜 | 11.95 |
| 311 | Broccoli with Garlic Sauce | 魚香芥蘭 | 11.95 |

● Spicy Level
Dishes may look different than the picture.
*Prices are subject to change without notice.




# PEPPERCORNS KITCHEN

www.peppercornskitchenmenu.com

DINE IN | CARRY OUT | HOT POT

**Open Hours**
Sun - Thur: 11:00am - 9:30pm
Fri - Sat: 11:00am - 10:30pm

**765.250.3416**
360 E. State St., Suite B,
West Lafayette, IN 47906

Order Online: At Ricepo & Hungryboiler For Delivery

******************ECRWSS*******
Local
Postal Customer

PRSRT STD
ECRWSS
U.S. POSTAGE
PAID
EDDM RETAIL



### DESSERT 甜品

| | | | |
|---|---|---|---|
| 196 | Sesame Rice Ball w/ Wine Sauce | 酒釀湯圓 | 8.95 |
| 197 | Tapioca w/ Mango & Coconut Sauce | 芒果椰汁西米露 | 8.95 |

### DRINK 飲料

| | | | |
|---|---|---|---|
| 199 | Coke, Sprite, Fanta | 可樂、雪碧、芬達 | 2.25 |
| 200 | Asian Soft Drinks | 亞洲飲料 | 3.00 |

### LUNCH SPECIAL 午餐

| | | | |
|---|---|---|---|
| 204 | Double-cooked Pork ● | 回鍋肉 | 8.95 |
| 205 | Kung Pao Chicken ● | 宮保雞 | 8.95 |
| 206 | Chicken w/ Mixed Vegetable | 蔬菜雞 | 8.95 |
| 207 | Orange Chicken ● | 陳皮雞 | 8.95 |
| | General Tao's Chicken ● | 左宗雞 | 8.95 |
| | Sesame Chicken | 芝麻雞 | 8.95 |
| 208 | Chicken w/ Broccoli | 西蘭花雞肉 | 8.95 |
| 209 | Mongolian Beef ● | 蒙古牛 | 8.95 |
| 210 | Kung Pao Beef ● | 宮保牛 | 8.95 |
| 211 | Beef w/ Mixed Vegetable | 雜菜牛 | 8.95 |
| 212 | Shredded Pork w/ Garlic Sauce ● | 魚香肉絲 | 8.95 |
| 213 | Shredded Pork w/ Extra Firm Tofu | 香幹肉絲 | 8.95 |
| 214 | Shredded Pork w/ Green Pepper ●● | 青椒肉絲 | 8.95 |
| 216 | Sautéed String Beans ● | 幹煸四季豆 | 8.95 |
| 217 | Eggplant w/ Garlic Sauce ● | 魚香茄子 | 8.95 |
| 218 | Bok Choy (with or without Garlic) | 青江菜（清炒、蒜炒） | 8.95 |
| 219 | Mapo Tofu ●● | 麻婆豆腐 | 8.95 |
| 220 | Sliced Potato ● | 土豆絲 | 8.95 |
| | (Choice of Vinegar, Sauteed or Green Pepper)(熗炒、酸溜、青椒) | | |
| 320 | Hunan Chicken | 湖南雞 | 8.95 |
| 321 | Chicken with Garlic Sauce | 魚香雞 | 8.95 |
| 322 | Beef with Peapod | 雪豆牛 | 8.95 |
| 323 | Mix Vegetables with Beancurd | 時菜豆腐 | 8.95 |

● Spicy Level
Dishes may look different than the picture.
*Prices are subject to change without notice.

PEPPERCORNS KITCHEN

www.peppercornskitchenmenu.com

DINE IN | CARRY OUT | HOT POT

Open Hours
Sun - Thur: 11:00am - 9:30pm
Fri - Sat: 11:00am - 10:30pm

765.250.3416
360 E. State St., Suite B,
West Lafayette, IN 47906

Order Online: At Ricepo & Hungryboiler For Delivery

