# EXHIBIT 15









