EXHIBIT 16

