EXHIBIT 17


