UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE BOILING POINT, INC. d/b/a/ PEPPERCORNS KITCHEN,<br><br>    Plaintiff,<br><br>v.<br><br>NAN LUO aka "JUDY LUO" and FANYUAN INVESTMENT MANAGEMENT, LLC. d/b/a PEPPERCORNS KITCHEN,<br><br>    Defendants. | Case No.<br><br>Jury Trial Demanded |

### DECLARATION OF WEI XIONG

Pursuant to 28 U.S.C. §1746, I, Wei Xiong, under penalty of perjury, depose and declare:

1. I am one of the original and current shareholders of The Boling Point, Inc. I am also the head chef at Peppercorns Kitchen. I have personal knowledge of the facts contained herein.

2. Throughout 2015, I developed the recipes and menu items for The Boiling Point Inc.'s Peppercorns Kitchen.

3. In September of 2015, I worked with Lili Ma to translate the menu for Peppercorns Kitchen into English.

4. When I discovered that Nan Luo opened a copycat restaurant in West Lafayette, Indiana, I wanted to sue Ms. Luo and I expressly objected to Ms. Luo's opening of the restaurant before and during the shareholders meeting in June of 2016.

I declare under penalty of perjury and upon personal knowledge that the foregoing is true and correct.

_____       05/21/18
Wei Xiong                                                   Date