**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:18-cv-03632 |
|---|---|

THE BOILING POINT, INC. d/b/a
PEPPERCORNS KITCHEN,
Plaintiff,
v.
NAN LUO a/k/a "JUDY LUO" and FANYUAN
INVESTMENT MANAGEMENT, LLC. d/b/a
PEPPERCORNS KITCHEN,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE BOILING POINT, INC. d/b/a PEPPERCORNS KITCHEN

| NAME (Type or print) |
|---|
| Matthew R. Grothouse |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Matthew R. Grothouse |
| FIRM |
| Saper Law Offices, LLC |
| STREET ADDRESS |
| 505 North LaSalle Street, Suite 350 |
| CITY/STATE/ZIP |
| Chicago, IL 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6314834 | 312-527-4100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL                APPOINTED COUNSEL |