**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| THE BOILING POINT, INC. d/b/a<br>PEPPERCORNS KITCHEN,<br><br>         Plaintiff,<br><br>  v.<br><br>NAN LUO aka "JUDY LUO" and FANYUAN<br>INVESTMENT MANAGEMENT, LLC. d/b/a<br>PEPPERCORNS KITCHEN,<br><br>         Defendants. | Case No. 18-cv-3632<br><br>Jury Trial Demanded |

**LR 3.2 NOTIFICATION and 7.1 DISCLOSURE STATEMENT**

In accordance with Local Rule 3.2 and FRCP 7.1, Plaintiff The Boiling Point, Inc.

("Plaintiff") makes the following R. 7.1 disclosures:

1.     Plaintiff does not have any parent corporations.

2.     Plaintiff is not a publicly-held corporation or an otherwise publicly-held entity.

3.     It is not the case that 5% or more of any of the Plaintiff's stock is owned by a publicly-

held corporation or an otherwise publicly-held entity.

Dated: May 23, 2018

Respectfully Submitted,

/s/ Daliah Saper
Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
Attorney No. 6283932
(312) 527-4100
ds@saperlaw.com

*Attorneys for Plaintiffs.*

.