**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: The Boiling Point, Inc. v. Nan Luo and Fanyuan Investment

Case Number: 18-cv-3632

An appearance is hereby filed by the undersigned as attorney for:
Nan Luo a/k/a Judy Luo and Fanyuan Investment Management, LLC

Attorney name (type or print): Joseph K. Nichele

Firm: Broida and Nichele, Ltd.

Street address: 1250 East Diehl Road, Suite 108

City/State/Zip: Naperville, Illinois 60563

Bar ID Number: 6286961
(See item 3 in instructions)

Telephone Number: (630) 245-1515

Email Address: lawyers@broida-law.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 11, 2018

Attorney signature: S/ Joseph K. Nichele
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015