# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

The Boiling Point, Inc.

                        Plaintiff,

v.                                         Case No.: 1:18−cv−03632

                                                       Honorable Ruben Castillo

Nan Luo, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 26, 2018:

      MINUTE entry before the Honorable Ruben Castillo: Plaintiff's motion for temporary restraining order [6] is entered and continued generally to allow the parties to try and resolve this lawsuit. The Court will hold a status hearing in open court on 7/11/2018 at 9:45 a.m. The motion hearing set for 6/26/2018 is stricken.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.