# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

The Boiling Point, Inc.

         Plaintiff,

v.               Case No.: 1:18−cv−03632
              Honorable Ruben Castillo

Nan Luo, et al.

         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 1, 2018:

   MINUTE entry before the Honorable Ruben Castillo: The Court has learned that the parties have reached a settlement. The Court hereby dismisses this lawsuit without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents. The motion for TRO [6] is denied as moot. The status hearing set for 8/1/2018 is stricken.(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.